■ BOARD OF MANAGERS OF THE AMHERST-CORTLANDT CONDOMINIUM, Appellant, v GISELLE GUZMAN et al., Respondents. [849

NYS2d 152]—Appeal from an order, Supreme Court, New York County (Emily Jane Goodman, J.), entered October 2, 2006, and motion seeking to supplement and/or enlarge the record and other relief, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Sweeny, McGuire and Malone, JJ.